UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE FIGUEROA,

        Plaintiff,

   -against-

153 EAST 33rd ST FAMILY LIMITED
PARTNERSHIP, et al.,

        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/18

**ORDER**
18 CV 2621 (ER) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 6, 2019, at 10:00 a.m. Counsel to the plaintiff shall initiate the call to (212) 805-6705.

Dated: New York, New York
       November 26, 2018

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE